FILED
MAR 1 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN RAZZOLI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-0139 |
| EXECUTIVE OFFICE OF THE PRESIDENT, *et al.*, | ) ) ) ) |
| Defendants. | ) |

### MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The court will grant the application, and dismiss the complaint.

Plaintiff alleges that defendants subject him to "S.E.R.E. TACTICS," Compl. ¶ 6, and devices which have caused "obstruction of bodily functions, loss of hair on legs, loss of errection [sic], [and] hearing being impaired[.]" *Id.* ¶ 10. In addition, plaintiff alleges that his relatives, too, have been subjected to electronic devices which caused them to suffer heart attacks, dementia, and strokes. *See id.* ¶¶ 7-8. He demands monetary damages for the "mental anguinsh [sic]" he suffers as a result of defendants' wrongful acts. *See id.* at 7 (Damages Requested).

The court must dismiss a complaint if it is frivolous, malicious, or fails to state a claim upon which relief can be granted. 28 U.S.C. § 1915A(b)(1). In *Neitzke v. Williams*, 490 U.S. 319 (1989), the Supreme Court states that the trial court has the authority to dismiss not only claims based on an indisputably meritless legal theory, but also claims whose factual contentions are clearly baseless. Claims describing fantastic or delusional scenarios fall into the category of

cases whose factual contentions are clearly baseless. *Id.* at 328. The trial court has the discretion to decide whether a complaint is frivolous, and such finding is appropriate when the facts alleged are irrational or wholly incredible. *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).

The court is mindful that complaints filed by *pro se* litigants are held to less stringent standards than formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Having reviewed plaintiff's complaint, the court concludes that its factual contentions are baseless and wholly incredible. For this reason, the complaint is frivolous and must be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

/s/ Rosemary M. Collyer
United States District Judge

Date: 3/5/08