# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-5075**  **September Term 2007**

1:08-cv-00139

Filed On: July 29, 2008 [1130158]

Kevin Razzoli,

    Appellant

v.

Executive Office of the President, et al.,

    Appellees

## ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on July 18, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                    BY:   /s/
                            Elizabeth V. Scott
                            Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis