# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **KEVIN RAZZOLI,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 08-139 (RMC)** |
| | ) | |
| **EXECUTIVE OFFICE OF THE** | ) | **D.C. Cir. No. 08-5075** |
| **PRESIDENT,** *et. al*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiff Kevin Razzoli's motion for leave to proceed on appeal *in forma pauperis* and supporting documents, it is hereby

**ORDERED** that Plaintiff's motion for leave to proceed on appeal *in forma pauperis* [Dkt. #10] is **GRANTED**. The Clerk is directed to transmit this Order promptly to the appellate court.

**SO ORDERED.**

Date: August 5, 2008

_____/s/_____

ROSEMARY M. COLLYER
United States District Judge